1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CULLUM
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR 02-40190-CW
                                    )    CR 02-40176-CW
12             Plaintiff,            )    CR 09-0835-CW
                                    )
13 vs.                              ) STIPULATION TO CONTINUE;
                                    ) PROPOSED ORDERING CONTINUING
14 JOHN BENNETT CULLUM,             ) CASE AND EXCLUDING TIME UNDER
                                    ) THE SPEEDY TRIAL ACT
15             Defendant.            )
   _____  )
16

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS HEARING date of January 15, 2010 presently scheduled at 10:00 a.m., before the

19 Honorable Laurel Beeler, be vacated and re-set for February 1, 2010 at 10:00 a.m. for

20 TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

21       The reason for this request is that defense counsel needs additional time to review

22 discovery, investigate, and discuss this case with Mr. Cullum.  Additionally, new government

23 counsel is taking over the case.  The Probation Office has been contacted.  The assigned

24 Officer Jennifer James, will be out of the office until January 12, 2010, so her position cannot

25 be stated.  However, if the new date presents a conflict for her, the parties will request a new

26 date.

                                        1

1     The parties agree and stipulate that the time until February 1, 2010 should be excluded,
2 under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the
3 continuance outweigh the bests interests of the public and the defendant in a speedy and public
4 trial. The continuance is necessary to accommodate counsel's preparation efforts.

5    Date   1/8/09                          /s/
6                                     John Paul Reichmuth
                                    Assistant Federal Public Defender
7                                     Counsel for defendant CULLUM

8
9                                    /s/
10    Date   1/8/09                          Katherine Dowling
                                    Assistant United States Attorney

11
12     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
                                    Counsel for Defendant Cullum

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned mattersare continued to February 1, 2010 at 10:00 a.m. before Hon. Laurel Beeler, United States Magistrate Judge, and that time is excluded from January 15, 2010 to February 1, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A).

It is further ORDERED, based on exceptional circumstances, that the parties may enter a change of plea before the United States Magistrate Judge.

IT IS SO ORDERED.

January 12, 2010                             /s/ Laurel Beeler
Date                                         ~~HON. CLAUDIA WILKEN~~ LAUREL BEELER
                                             UNITED STATES ~~DISTRICT JUDGE~~
                                                               MAGISTRATE JUDGE