1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CULLUM
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR 02-40190-CW
                                   )       CR 04-40176-CW
12         Plaintiff,              )       CR 09-0835-CW
                                   )
13 vs.                             )   STIPULATION TO CONTINUE;
                                   )   ~~PROPOSED~~ ORDER~~ING~~ CONTINUING
14 JOHN BENNETT CULLUM,            )   CASE AND EXCLUDING TIME UNDER
                                   )   THE SPEEDY TRIAL ACT
15         Defendant.              )
   _____ )
16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS HEARING date of February 22, 2010 presently scheduled at 10:00 a.m., before the

19 Honorable Laurel Beeler, be vacated and re-set for April 5, 2010 at 10:00 a.m. for

20 TRIAL/MOTIONS SETTING OR CHANGE OF PLEA.

21     The reason for this request is that defense counsel needs additional time to review

22 discovery, investigate, and discuss this case with Mr. Cullum. Further, counsel for the defendant

23 will be in trial in another case for two to three weeks beginning on March 8, 2010. The

24 Probation Office has been contacted and does not object to a continuance.

25     The parties agree and stipulate that the time until April 5, 2010 should be excluded, under

26 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance

1  outweigh the bests interests of the public and the defendant in a speedy and public trial.  The
2  continuance is necessary to accommodate counsel's preparation efforts and ensure continuity of
3  counsel.

4  Date   2/19/10                              /s/
5                                       John Paul Reichmuth
                                         Assistant Federal Public Defender
                                         Counsel for defendant CULLUM

6

7

8  Date   2/19/10                              /s/
9                                       Brian C. Lewis
                                         Assistant United States Attorney

10

11     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ John Paul Reichmuth
                                                Counsel for Defendant Cullum

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1
2
3                                    ORDER
4       The court finds that the ends of justice served by the granting of the continuance
5  outweigh the bests interests of the public and the defendant in a speedy and public trial. The
6  continuance is necessary to accommodate counsel's preparation efforts and ensure continuity of
7  counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned
8  matters are continued to April 5, 2010 at 10:00 a.m. before Hon. Laurel Beeler, United States
9  Magistrate Judge, and that time is excluded from February 22, 2010 to April 5, 2010 pursuant to
10 18 U.S.C. §§3161(h)(7)(A).
11
12         IT IS SO ORDERED.
13
14
15 February 23, 2010                          _____
   Date                                      LAUREL BEELER
16                                           UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26