**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BENNETT CULLUM,<br><br>    Defendant.<br>_____/ | No. CR-02-40190 CW<br>    CR-04-40176 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect.  Accordingly,

Defendant John Bennett Cullum's admission of the violation is accepted by the Court as to charge (1) one of the Petition for Arrest Warrant for Offender Under Supervision filed on August 12, 2009 charging Defendant John Bennett Cullum with failing to not commit another federal, state, or local crime. Sentencing is set for Wednesday, August 4, 2010 at 2:00 p.m.  The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 6/2/2010

                                    CLAUDIA WILKEN
                                    United States District Judge

cc:  LB, Probation, Wings